# UNITED STATES COAST GUARD COURT OF CRIMINAL APPEALS

## UNITED STATES

v.

## Kristoffer P. MATTINGLY
### Food Service Specialist First Class (E-6), U.S. Coast Guard

## CGCMS 24911
## Docket No. 1399

## 7 March 2016

Special Court-Martial convened by Commanding Officer, Training Center Petaluma.  Tried at Alameda, CA, on 18 February 2014.

| | |
|---|---|
| Military Judge: | CDR Eric D. Masson, USCG |
| Trial Counsel: | LT Sara M. Senser, USCG |
| Assistant Trial Counsel: | LT Emily C. Miletello, USCGR |
| Defense Counsel: | LT Tereza Z. Ohley, USCGR |
| Appellate Defense Counsel: | LCDR Michael J. Meyer, USCG |
| Appellate Government Counsel: | LT Daniel Velez, USCGR |

## BEFORE
## McCLELLAND, ALDANA[1] & SPOLIDORO
Appellate Military Judges

Per curiam:

Appellant was tried by special court-martial, military judge alone.  Pursuant to his pleas of guilty, entered in accordance with a pretrial agreement, Appellant was convicted of three specifications of violating a lawful general regulation, in violation of Article 92, Uniform Code of Military Justice (UCMJ).  The military judge sentenced Appellant to confinement for thirty days, reduction to E-3, and a bad-conduct discharge.  The Convening Authority approved the sentence.  The pretrial agreement did not affect the sentence.

Before this Court, without admitting that the findings and sentence are correct in law and fact, Appellant has submitted this case on its merits as to any and all errors.

---

[1] Judge Aldana did not participate in this decision.

**United States v. Kristoffer P. MATTINGLY, No. 1399 (C.G.Ct.Crim.App. 2016)**

### Decision

We have reviewed the record in accordance with Article 66, UCMJ. Upon such review, the findings and sentence are determined to be correct in law and fact and, on the basis of the entire record, should be approved. Accordingly, the findings of guilty and the sentence, as approved below, are affirmed.



For the Court,


Sarah P. Valdes
Clerk of the Court